**Order entered November 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01519-CV

**BEVER PROPERTIES, LLC AND JESSE M. TAYLOR, D.D.S., P.A., Appellants**

**V.**

**JERRY HUFFMAN CUSTOM BUILDER, L.L.C., ET AL., Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-2512-04**

## ORDER

We **GRANT** appellants' October 31, 2014 unopposed motion to extend time to file reply brief to appellee Jerry Huffman Custom Builder, LLC's brief and **ORDER** the brief be filed no later than November 26, 2014.

/s/     CRAIG STODDART
               JUSTICE